**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30184 |
| Plaintiff-Appellee, | D.C. No. 4:12-cr-00027-SEH-3 |
| v. | |
| TRACER CHOVANAK, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted July 13, 2017[**]

Before: HUG, FARRIS, and CANBY, Circuit Judges.

Tracer Chovanak appeals from the district court's order denying his Motion

for Reduction of Sentence Pursuant to 18 U.S.C. § 3582. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Chovanak's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

record.  We have provided Chovanak the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.